## PHIPPS *v.* THE STATE.

*Simmons, C. J.*—The evidence in this case failed to meet the requirements of the established rule, that in order to convict one of a felony upon the testimony of an accomplice, that testimony must be corroborated by other evidence connecting the accused with the perpetration of the crime; and consequently it was error to deny a new trial.                *Judgment reversed.*
March 23, 1896.

Indictment for burglary. Before Judge Milner. Catoosa superior court. February term, 1896.

*W. H. Payne*, for plaintiff in error. *A. W. Fite, solicitor-general*, by *A. S. Johnson*, contra.